IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHARLENE BENAVIDEZ,

    Plaintiff,

v.                                                     CIV 11-0839 BB/KBM

MICHAEL J. ASTRUE,
Commissioner of the
Social Security Administration,

    Defendant.

## ORDER GRANTING EAJA FEES

**THIS MATTER** is before the Court on the parties' stipulated agreement for an award of attorney fees to Plaintiff under the Equal Access to Justice Act (EAJA). *See Docs. 26, 26-1, 26-2.* Having reviewed the motion and memorandum, I find an award of fees is appropriate, the amount of fees requested is reasonable, and the parties are in accord concerning the correct procedures for payment.

Wherefore,

**IT IS HEREBY ORDERED** that Plaintiff's motion for fees is GRANTED, and Plaintiff is awarded attorney fees in the amount of $5,719.95 under EAJA for the work performed by her attorney in this case.

_____
CHIEF UNITED STATES MAGISTRATE JUDGE